# MINUTE ORDER

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 3/8/2022     Time: 2:00 p.m.

Defendant: ENRIQUE TARRIO     J#: 98721-004     Case #: 22-MJ-2369-OTAZO-REYES (SEALED)
AUSA: Amanda Perwin     Attorney: AFPD – Andrew Jacobs
Violation: Warr/D/DC/Indictment/Conspiracy to Obstruct Official Proceeding/Obstruction of an Official Proceeding/ Aiding and Abetting     Surr/Arrest Date: 3/8/2022     YOB: 1984

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: PTD
Bond Set at: Temporary PTD     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs     Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Disposition:
– Zoom consent
– Brady Warning
– Rights
– Sworn
– Indigent
– Case unsealed
– Press Admonition
– AFPD Appt
– Dan Hull appeared as counsel but has a conflict

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 3/11   10:00 a.m.   Duty Nuzim
Prelim/Arraign or Removal: 3/11
Status Conference RE:
D.A.R. Zoom AOR 3/8/22 2:00 p.m. + 2:20 p.m.     Time in Court: 12 min.

s/Alicia M. Otazo-Reyes                    Magistrate Judge