**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO: 22-MJ-02369**

v.

**ENRIQUE TARRIO,**

        **Defendant.**

_____/

<u>**UNOPPPSED MOTION TO CONTINUE REMOVAL/PRE-TRIAL DETENTION**</u>

**COMES NOW** the Defendant, Enrique Tarrio, by and through undersigned counsel moves this Honorable Court to reset the removal/pre-trial detention hearing in the foregoing cause and in support hereof states as follows:

1. Counsel was recently retained by the Defendant on the above referenced case.

2. Undersigned has spoken to AFPD Andrew Jacobs regarding documents provided by the Government in anticipation of the detention hearing. The documents include approximately 92 pages which need to be reviewed and have not been tendered to undersigned.

3. Undersigned is requesting until Tuesday, March 15, 2022 to review such documents and adequately prepare for said hearing.

4. Undersigned has spoken with AUSA DOJ Erik Kenerson regarding said continuance and the Government is unopposed to the request for continuance until Tuesday, March 15, 2022.

5. This motion is not intended to cause any undue hardship or cause any delay to this Honorable Court's proceedings.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to AUSA Erik Kenerson at the US Attorney's Office on this 10th day of March, 2022.

        Respectfully submitted,

        */s/ Nayib Hassan*

        **Nayib Hassan, Esq., Fla Bar No. 20949**
        **Attorney for Defendant**
        **LAW OFFICES OF NAYIB HASSAN, P.A.**
        **6175 NW 153 St., Suite 221**
        **Miami Lakes, Florida 33014**
        **Tel. No.: 305.403.7323**
        **Fax No.: 305.403.1522**