UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-MJ-02369

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ENRIQUE TARRIO,
Defendant.
_____/

### TEMPORARY NOTICE OF APPEARANCE AS CO-COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance as co-counsel on behalf of the Defendant, Enrique Tarrio, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office AUSA Erik Kenerson on this 10th day of March, 2022.

        Respectfully submitted,
        *BY: /s/Sabino Jauregui, Esq.*
        Attorney for Mr. Enrique Tarrio
        Florida Bar Number 503134
        1014 West 49 Street
        Hialeah, Florida 33012
        Phone 305-822-2901