UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-02369

UNITED STATES OF AMERICA

vs.

ENRIQUE TARRIO,
also known as "Henry Tarrio,"

       **Defendant.**
_____/

## UNITED STATES OF AMERICA'S NOTICE OF FILING OF MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the Memorandum In Support of Motion for Detention, on behalf of the United States Attorney's Office for the District of Columbia, ahead of the detention and removal proceedings taking place on March 15, 2022, before the Honorable Magistrate Judge Lauren F. Louis.  *See* Memorandum (attached hereto as Exhibit 1).

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          UNITED STATES ATTORNEY

By:   */s/ Eduardo Gardea*
       EDUARDO GARDEA, JR.
       Assistant United States Attorney
       Court ID No. A5502663
       99 N.E. 4th Street, 6th Floor
       Miami, Florida 33132
       Tel.: (305) 961-9000
       eduardo.gardea.jr@usdoj.gov

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 14th day of March 2022.

                */s/ Eduardo Gardea*
                EDUARDO GARDEA, JR.
                Assistant United States Attorney