# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 3/15/22     Time: 10:00 a.m.

Defendant: Enrique Tarrio          J#: 98721-004     Case #: 22-2369-OTAZO-REYES

AUSA: Jason McCullough/Eric Kenerson/Ed Gardea     Attorney: Nayib Hassan/Sabino Jauregui (Temp)

Violation: WARR/DIST OF COLUMBIA – CONSP/OBSTRUCT OFFICIAL PROCEEDING     Surr/Arrest Date:     YOB:

Proceeding: REPORT RE: CNSL/REMOVAL/PTD          CJA Appt:

Bond/PTD Held: ☑ Yes  ☐ No     Recommended Bond: PTD

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Brady warning already given

AFPD's ore tenus motion to withdraw is granted

*Pretrial Detention hearing held based on risk/flight & danger/community; S/A Nicholas Hanak, FBI sworn & testified. The Court orders Defendant detained based on danger.*

*Defendant orally waives removal and ordered removed to District of Columbia*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:42:25          Time in Court: 1 hr. 40 mins

s/Lauren F. Louis          Magistrate Judge