# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:22−mj−02369−AOR−1

Case title: USA v. Tarrio

Date Filed: 03/08/2022

Other court case number: 21−CR−175 (TJK) District Court for the District of Columbia

Date Terminated: 03/15/2022

Assigned to: Magistrate Judge Alicia M. Otazo−Reyes

**Defendant (1)**

| | | |
|---|---|---|
| **Enrique Tarrio** | represented by | **Noticing FPD−MIA** |
| 98721−004 | | 305−530−7000 |
| *YOB: 1984; English* | | Email: MIA_ECF@FD.org |
| *TERMINATED: 03/15/2022* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender Appointment* |

**Nayib Hassan**
6175 NW 153rd Street
Suite 221
Miami Lakes, FL 33014
305.403.7323
Fax: 305.403.1522
Email: hassan@nhassanlaw.com
*ATTORNEY TO BE NOTICED*

**Sabino Jauregui**
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, FL 33012
305−822−2901
Fax: 305−822−2902
Email: sabino@jaureguilaw.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Warr/D/DC/Indictment/Conspiracy to Obstruct Official Proceeding/Obstruction of an Official Proceeding/ Aiding and Abetting | |

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | **Noticing AUSA CR TP/SR** |
| | | Email: Usafls.transferprob@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | Designation: Retained |

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 03/08/2022 | 1 | | Magistrate Removal of Indictment from DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Case number in the other District 21−CR−175 (TJK) as to Enrique Tarrio (1). (kss) (Entered: 03/08/2022) |
| 03/08/2022 | 3 | | Order to Unseal as to Enrique Tarrio. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 3/8/2022. (fbn) (Entered: 03/09/2022) |
| 03/08/2022 | 4 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: Initial Appearance as to Enrique Tarrio held on 3/8/2022. Bond recommendation/set: Enrique Tarrio (1) Temporary Pretrial Detention (NO HEARING HELD). Date of Location Custody (Arrest or Surrender): 3/8/2022. Pretrial Detention Hearing set for 3/11/2022 at 10:00 AM in the Miami Division before MIA Duty Magistrate. Removal Hearing set for 3/11/2022 at 10:00 AM in the Miami Division before MIA Duty Magistrate. Attorney added: Noticing FPD−MIA for Enrique Tarrio (Digital Zoom_AOR_01−03−08−2022 (2:00pm; 2:20pm)) |
| | | | It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 3/8/2022. (fbn) Modified on 3/9/2022 (fbn). (Entered: |

2

| | | | 03/09/2022) |
|---|---|---|---|
| 03/09/2022 | 2 | | Invocation of Right to Silence and Counsel by Enrique Tarrio (Jacobs, Andrew) (Entered: 03/09/2022) |
| 03/10/2022 | 5 | | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Nayib Hassan appearing for Enrique Tarrio (Hassan, Nayib) (Entered: 03/10/2022) |
| 03/10/2022 | 6 | | MOTION to Continue by Enrique Tarrio. Responses due by 3/24/2022 (Hassan, Nayib) (Entered: 03/10/2022) |
| 03/10/2022 | 7 | | PAPERLESS ORDER granting 6 Motion to Continue as to Enrique Tarrio (1). Detention Hearing set for 3/15/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 3/15/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Signed by Magistrate Judge Alicia M. Otazo–Reyes on 3/10/2022. (dgj) (Entered: 03/10/2022) |
| 03/10/2022 | 8 | | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Sabino Jauregui appearing for Enrique Tarrio (Jauregui, Sabino) (Entered: 03/10/2022) |
| 03/14/2022 | 9 | | NOTICE *on behalf of the United States Attorney's Office for the District of Columbia* by USA as to Enrique Tarrio (Attachments: # 1 Exhibit Memorandum of Law on Detention) (Gardea, Eduardo) (Entered: 03/14/2022) |
| 03/15/2022 | 10 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Detention Hearing as to Enrique Tarrio held on 3/15/2022 based on risk/flight and danger/community. Witness Nicholas Hanak FBI testified., Status Report Re Counsel/Removal as to Enrique Tarrio held on 3/15/2022. Court Orders Defendant detained based on danger. Defendant orally waives removal and ordered removed to District of Columbia. (Digital 10:42:25) (Signed by Magistrate Judge Lauren Fleischer Louis on 3/15/2022). (at) (Entered: 03/16/2022) |
| 03/15/2022 | 11 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Enrique Tarrio (at) (Entered: 03/16/2022) |
| 03/15/2022 | 12 | | COMMITMENT TO ANOTHER DISTRICT as to Enrique Tarrio. Defendant committed to DISTRICT OF COLUMBIA.. Closing Case for Defendant. (Signed by Magistrate Judge Lauren Fleischer Louis on 3/15/2022). *(See attached document for full details).* (at) (Entered: 03/16/2022) |

## 22-mj-2369-OTAZO-REYES

FILED BY ___KS___ D.C.

**Mar 8, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on February 14, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-cr-175 (TJK)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **ETHAN NORDEAN,** | : | **COUNT 1:** |
| also known as "Rufio Panman," | : | **18 U.S.C. § 1512(k)** |
| **(Counts 1, 2, 3, 4, 5, 6, 7)** | : | **(Conspiracy to Obstruct Official** |
| | : | **Proceeding)** |
| **JOSEPH BIGGS,** | : | |
| **(Counts 1, 2, 3, 4, 5, 6, 7)** | : | **COUNT 2:** |
| | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| **ZACHARY REHL,** | : | **(Obstruction of an Official Proceeding and** |
| **(Counts 1, 2, 3, 4, 5, 6, 7)** | : | **Aiding and Abetting)** |
| | : | |
| **CHARLES DONOHOE,** | : | **COUNT 3:** |
| **(Counts 1, 2, 3, 4, 5, 6, 7)** | : | **18 U.S.C. §§ 231(a)(3), 2** |
| | : | **(Obstruction of Law Enforcement During** |
| **ENRIQUE TARRIO,** | : | **Civil Disorder and Aiding and Abetting)** |
| also known as "Henry Tarrio" | : | |
| **(Counts 1, 2, 3, 4, 5, 6, 7)** | : | **COUNTS 4, 5:** |
| | : | **18 U.S.C. §§ 1361, 2** |
| **DOMINIC PEZZOLA,** | : | **(Destruction of Government Property and** |
| also known as "Spaz," | : | **Aiding and Abetting)** |
| also known as "Spazzo," | : | |
| also known as "Spazzolini," | : | **COUNTS 6, 7:** |
| **(Counts 1, 2, 3, 4, 5, 6, 7, 8)** | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| **Defendants.** | : | **Certain Officers)** |
| | : | |
| | : | **COUNT 8:** |
| | : | **18 U.S.C. § 2112** |
| | : | **(Robbery of Personal Property of the** |
| | : | **United States)** |

### SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates

and at or about the times stated below:

Case: 1:21-cr-00175
Assigned To : Kelly, Timothy J.
Assign. Date : 3/7/2022
Description: Superseding Indictment (B)
Related Case: 21-cr-175 (TJK)

## Introduction

### The Transfer of Presidential Power in the United States

1.     The 2020 United States Presidential Election occurred on November 3, 2020. As of November 7, 2020, the incumbent President Donald J. Trump was projected to have lost the Presidential Election.

2.     The United States Constitution and federal statutes codify the procedures and dates governing the transfer of presidential power in the United States. The Twelfth Amendment requires presidential electors to meet in their respective states and certify "distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each."

3.     On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next President and Vice President of the United States.

4.     The Twelfth Amendment also requires that the Vice President "shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted." Title 3, Section 15 of the United States Code provides that the United States Congress must convene during a joint session proceeding ("the Joint Session") at 1:00 p.m. "on the sixth day of January succeeding every meeting of the electors," with the Vice President presiding, to count the electoral votes, resolve any objections, certify their validity, and announce the result ("Certification of the Electoral College vote"). The Twentieth Amendment provides that the terms of the President and Vice President shall accordingly end at noon on the 20th day of January, "and the terms of their successors shall then begin."

## Background

5.    ENRIQUE TARRIO, ETHAN NORDEAN, JOSEPH BIGGS, ZACHARY REHL, CHARLES DONOHOE, DOMINIC PEZZOLA, and other individuals known and unknown to the grand jury, are affiliated through their membership in the Proud Boys organization. The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

6.    Through at least January 6, 2021, ENRIQUE TARRIO was the national chairman of the Proud Boys organization. Throughout the United States, there are local Proud Boys chapters, which are typically led by chapter "presidents." Each chapter has a degree of autonomy insofar as the president of a local chapter governs that chapter in its geographic location.

7.    **ETHAN NORDEAN**, also known as "Rufio Panman," is a 31-year-old resident of Auburn, Washington. On January 6, 2021, NORDEAN was a member of the Proud Boys Elders chapter and president of his local chapter.

8.    **JOSEPH BIGGS**, also known as "Sergeant Biggs," is a 38-year-old resident of Ormond Beach, Florida. On January 6, 2021, BIGGS was a member of the Proud Boys and a self-described organizer of certain Proud Boys events.

9.    **ZACHARY REHL** is a 36-year-old resident of Philadelphia, Pennsylvania. On January 6, 2021, REHL was the president of his local chapter of the Proud Boys.

3

10.     **CHARLES DONOHOE** is a 34-year-old resident of Kenersville, North Carolina. On January 6, 2021, DONOHOE was the president of his local chapter of the Proud Boys.

11.     **ENRIQUE TARRIO** is a 38-year-old resident of Miami, Florida. On January 6, 2021, TARRIO was the national chairman of the Proud Boys.

12.     **DOMINIC PEZZOLA**, also known as "Spaz," also known as "Spazzo," also known as "Spazzolini," is a 44-year-old resident of Rochester, New York, and a member of his local chapter of the Proud Boys.

13.     From at least in or around November 2020, TARRIO used his platform as the leader of the Proud Boys to publicly post statements in response to the projected results of the 2020 Presidential Election, e.g.:

   a. On November 6, 2020, TARRIO posted a message that read, "The media constantly accuses us of wanting to start a civil war. Careful what the fuck you ask for we don't want to start one...but we will sure as fuck finish one."

   b. On November 12, 2020, TARRIO posted a message that read, "Fuck Unity. No quarter. Raise the black flag."

   c. On November 16, 2020, TARRIO posted a message that read, "If Biden steals this election, [the Proud Boys] will be political prisoners. We won't go quietly...I promise."

   d. On November 25, 2020, TARRIO reposted a social media post by Joe Biden that stated, "We need to remember: We're at war with a virus – not with each other." TARRIO then posted, "No, YOU need to remember the American people are at war with YOU. No Trump...No peace. No quarter."

14.     From at least in or around November 2020, NORDEAN, BIGGS, and REHL used their platform as regional leaders of the Proud Boys to publicly post statements in response to the projected results of the 2020 Presidential Election, e.g.:

    a.   On November 5, 2020, BIGGS posted on social media, "It's time for fucking War if they steal this shit," referring to the Presidential election.

    b.   On November 24, 2020, BIGGS, in response to a social media post calling for unity in response to the results of the presidential election, posted "No bitch. This is war."

    c.   On November 27, 2020, NORDEAN posted on social media "We tried playing nice and by the rules, now you will deal with the monster you created. The spirit of 1776 has resurfaced and has created groups like the Proudboys and we will not be extinguished. We will grow like the flame that fuels us and spread like love that guides us. We are unstoppable, unrelenting and now . . .unforgiving. Good luck to all you traitors of this country we so deeply love . . . you're going to need it."

    d.   On November 27, 2020, REHL posted on social media "Hopefully the firing squads are for the traitors that are trying to steal the election from the American people."

15.     On December 12, 2020, TARRIO and other members of the Proud Boys attended an election-related rally, sometimes referred to as a "Million MAGA" rally, in Washington, D.C. The December 12 rally was organized as a protest of the presidential election, and the date of the protest coincided with the certification of the Electoral College results in each of the fifty states.

16.     While in Washington, D.C. on December 12, 2020, several Proud Boys were involved in an altercation in which Proud Boys members were injured, including a knife wound suffered by PERSON-1.

17.     While in the District of Columbia on December 12, 2020, TARRIO participated with a group that included members of the Proud Boys in the theft and destruction of a banner that read, "#BLACKLIVESMATTER," which was property of Asbury United Methodist Church in Washington, D.C.

18.     On December 17, 2020, TARRIO posted a message on social media in which he admitted that he was the "person responsible for the burning" of the banner. TARRIO claimed that he took action because he would not "standby and watch them burn another city." TARRIO ended his message by stating, "Come get me if you feel like what I did was wrong. We'll let the public decide."

19.     On December 19, 2020, plans were announced for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, to coincide with Congress's Certification of the Electoral College vote.

20.     Beginning in late December 2020, TARRIO and a handful of other members of the Proud Boys created a new chapter for the Proud Boys that would consist of members from across the country. The new chapter was referred to as the Ministry of Self Defense or MOSD ("MOSD"). TARRIO described the MOSD as a "national rally planning" chapter that would include only "hand selected members."

21.     The small group of leadership of the MOSD included TARRIO, NORDEAN, BIGGS, REHL, and DONOHOE. Immediately after forming the MOSD, TARRIO and the leadership of the MOSD began preparations for January 6, 2021. TARRIO also created an encrypted messaging group for MOSD leaders (the "MOSD Leaders Group") where MOSD leaders could communicate.

22.     On January 4, 2021, TARRIO was arrested in Washington, D.C., and charged with destruction of property and possession of two large capacity magazines in D.C. Superior Court. He was briefly detained after his arrest. TARRIO was released at approximately 5 p.m. on January 5, after having been ordered to leave the District of Columbia.

23.     TARRIO did not immediately comply with the order to leave the District of Columbia. After being turned away from the Phoenix Park Hotel, TARRIO travelled to a nearby underground parking garage, where he met with Elmer Stewart Rhodes III, the founder and leader of the Oath Keepers, and other individuals known and unknown to the grand jury, for approximately 30 minutes. During this encounter, a participant referenced the Capitol.

24.     Thereafter, TARRIO left the District of Columbia and travelled to Baltimore, Maryland. Subsequently, TARRIO's designated MOSD leaders, and other individuals whose identities are known to the grand jury, carried out the MOSD leadership's objective.

## COUNT ONE
### (18 U.S.C. S 1512(k))
### (Conspiracy to Obstruct Official Proceeding)

25.    The introductory allegations set forth in paragraphs 1 through 24 are re-alleged and incorporated by reference as though set forth herein.

### The Conspiracy

26.    From in and around December 2020, through in and around January 2021, in the District of Columbia and elsewhere, the defendants,

**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**ENRIQUE TARRIO,**
**and**
**DOMINIC PEZZOLA,**

did knowingly combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to corruptly obstruct, influence, and impede an official proceeding, that is, the Certification of the Electoral College vote, in violation of Title 18, United States Code, Section 1512(c)(2).

### Purpose of the Conspiracy

27.    The purpose of the conspiracy was to stop, delay, and hinder the Certification of the Electoral College vote.

### Manner and Means

28.    TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA, with others whose identities are known and unknown to the grand jury, carried out the conspiracy through the following manner and means, among others, by:

a. Encouraging members of the Proud Boys and others to attend the Stop the Steal protest in Washington, D.C., on January 6;

b. Using websites, social media, and other electronic communications to raise funds to support travel and equipment purchases for the trip to Washington, D.C.;

c. Obtaining paramilitary gear and supplies—including concealed tactical vests, protective equipment, and radio equipment—for the January 6 attack;

d. Dressing "incognito" on January 6, rather than wearing Proud Boys colors that had been prominently displayed at previous events;

e. Traveling to Washington, D.C., prior to the January 6 attack;

f. Engaging in meetings and encrypted communications in Washington, D.C., in the days leading up to January 6, and on the morning of January 6, to plan for the January 6 attack;

g. Using programmable handheld radios, encrypted messaging applications, and other communications equipment to communicate and coordinate the January 6 attack;

h. Directing, mobilizing, and leading members of the crowd onto Capitol grounds and into the Capitol;

i. Dismantling metal barricades that had been deployed to demarcate a restricted area to protect law enforcement and occupants of the Capitol;

j. Storming past barricades, Capitol Police, and other law enforcement officers in efforts to disrupt the proceedings at the Capitol;

k. Destroying property, including a metal fence and a window; and

l. Assaulting law enforcement officers.

9

**Acts in Furtherance of the Conspiracy**

29.      On December 19, 2020, shortly after plans for the rally on January 6 were publicly announced, BIGGS sent a private message to TARRIO in which he stated that the Proud Boys "recruit losers who wanna drink." BIGGS suggested, "Let's get radical and get real men."

30.      The next day, on December 20, 2020, TARRIO created an encrypted message group called MOSD, which included NORDEAN, BIGGS, REHL, DONOHOE, PERSON-2, and PERSON-3. PERSON-1 was subsequently added to the message group for MOSD leaders (the "MOSD Leaders Group"). TARRIO explained that the MOSD was a "national rally planning committee" of the Proud Boys that would include "hand selected members."

31.      On December 20, 2020, PERSON-3 posted a message to the MOSD Leaders Group that stated, "I am assuming most of the protest will be at the capital building given what's going on inside." In response, TARRIO proposed a video chat, which would take place on December 21, to discuss the MOSD and January 6.

32.      On December 26, 2020, TARRIO announced that the leadership of the MOSD would reside in two 3-man councils that would work together. The Marketing Council consisted of TARRIO, BIGGS, and NORDEAN. The Operations Council included REHL and PERSON-3. Other members of MOSD leadership, such as DONOHOE, PERSON-1, and PERSON-2, were designated regional leaders.

33.      On December 27, 2020, TARRIO created another encrypted messaging group to recruit potential members of the MOSD (the "MOSD Prospect Group"). TARRIO stressed that members of the chapter were expected to follow directions of MOSD leadership, which TARRIO and others emphasized by telling members, among other things, to "Fit in [] or fuck off."

34.      On December 27, 2020, DONOHOE reposted a message to prospective members in the MOSD Prospect Group in which he stated that the D.C. government was expected to limit

10

access to Washington, D.C., on January 6. DONOHOE's message stated "They want to limit the presence so that they can deny Trump has the People's support. We can't let them succeed. This government is run FOR the People, BY the People....Congress needs a reintroduction to that fact."

35. On December 27, 2020, NORDEAN created an online crowdfunding campaign that solicited donations for "Protective gear and communications" to be used by the Proud Boys on January 6, 2021. NORDEAN shared a link to this crowdsourcing campaign on his social media page and encouraged others to share it on their social media pages.

36. On December 28, 2020, TARRIO posted a message in the MOSD Prospect Group in which he stated that the "DC trip" would consist of "two groups"—the MOSD and everyone else—and that no one should be in colors.

37. On December 29, 2020, TARRIO posted a message on social media that the Proud Boys planned to "turn out in record numbers on Jan 6th but this time with a twist . . . . We will not be wearing our traditional Black and Yellow. We will be incognito and we will be spread across downtown DC in smaller teams. And who knows . . . we might dress in all BLACK for the occasion." At different times, NORDEAN, BIGGS, REHL, and DONOHOE reiterated that Proud Boys members should avoid wearing Proud Boys colors on January 6, 2021.

38. On December 29, 2020, TARRIO posted a message to the MOSD Prospect Group to notify prospective members of a virtual meeting on December 30 to explain "how this all works." TARRIO advised the group that the MOSD "will have a top down structure" and advised prospects that, "if that's something you're not comfortable with" they should not bother attending the live session. TARRIO advised that "upper tier leadership" would consist of a three-person "Operations" section led by REHL, PERSON-3 and one other person. TARRIO advised that the

11

"Marketing" section would be led by TARRIO, BIGGS, and NORDEAN. TARRIO advised that the "second tier" leadership would consist of eight regional members.

39.    On December 29, 2020, PEZZOLA sent a direct message to TARRIO on an encrypted messaging system: "Hey boss, [I'm] one of the guys bringing the [decorative] shield down … I'll be in dc w a few other brothers from NY."

40.    On December 30-31, 2020, PEZZOLA traveled to North and South Carolina, to visit PERSON-1. PEZZOLA brought with him a decorative shield to present to PERSON-1.

41.    Between December 30 and December 31, 2020, TARRIO communicated multiple times with an individual whose identity is known to the grand jury. On December 30, 2020, this individual sent TARRIO a nine-page document titled, "1776 Returns." The document set forth a plan to occupy a few "crucial buildings" in Washington, D.C., on January 6, including House and Senate office buildings around the Capitol, with as "many people as possible" to "show our politicians We the People are in charge."   After sending the document, the individual stated, "The revolution is important than anything." TARRIO responded, "That's what every waking moment consists of . . . I'm not playing games."

42.    On December 30, 2020, TARRIO convened a video call for prospective members of the MOSD. TARRIO, DONOHOE, and others in MOSD leadership emphasized that members of the MOSD were to follow the commands of leadership. Once again, TARRIO and others in MOSD leadership advised prospective members that they could "fit in or fuck off." REHL warned prospective members that January 6 was going to be a "completely different operation" and that the Proud Boys would not be conducting a "night march and flexing our [arms] and shit."

43.     On December 30, 2020, REHL posted a link to an online fundraiser with the campaign name of "Travel Expenses for upcoming Patriot Events." The campaign generated over $5,500 in donations between December 30, 2020, and January 4, 2021.

44.     On December 31, 2020, TARRIO posted a picture of PEZZOLA from the December 12 event in Washington, D.C. Along with the picture, TARRIO posted the message: "Lords of War. #J6 #J20," which hashtags were an apparent reference to January 6, 2021, the date of the Certification of the Electoral College vote, and January 20, 2021, the date of the Presidential Inauguration

45.     On January 1, 2021, TARRIO posted separate messages on social media that read, "Let's bring this new year with one word in mind...Revolt" and later, "New Years Revolution."

46.     On January 2, 2021, TARRIO created an encrypted message group for recruits who had been accepted to become members of the MOSD ("MOSD Members Group"). TARRIO posted a message that read, "Open for business." The group included at least 65 members, including TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and PERSONS 1 – 3,  PEZZOLA was subsequently added to the MOSD Members Group by PERSON-1.

47.     On January 2, 2021, TARRIO provided NORDEAN with photographs of a family member's debit card so that NORDEAN could book his flight to Washington, D.C. NORDEAN used the debit card to book his flight.

48.     On January 3, 2021, members of the MOSD exchanged messages in the MOSD Members Group various statements about attacking the Capitol. In response to the question, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not," PERSON-3 stated, "They would do nothing because they can do nothing."

13

49.     On January 3, as efforts to plan for January 6 intensified in the MOSD leadership chat, TARRIO stated in the MOSD Leaders Group that he wanted to wait until January 4 to make final plans. In response, at 7:10 p.m., PERSON-3 posted a voice note to the MOSD Leaders Group in which he stated:

> I mean the main operating theater should be out in front of the house of representatives. It should be out in front of the Capitol building. That's where the vote is taking place and all of the objections. So, we can ignore the rest of these stages and all that shit and plan the operations based around the front entrance to the Capitol building. I strongly recommend you use the national mall and not Pennsylvania avenue though. It's wide-open space, you can see everything coming from all angles.

REHL responded that the Capitol was a "good start."

50.     On January 4, 2021, TARRIO posted a voice note to the MOSD Leaders Group at 7:36 a.m. in which he stated, "I didn't hear this voice note until now, you want to storm the Capitol."

51.     On January 4, 2021, within one hour of TARRIO's arrest pursuant to a warrant issued by D.C. Superior Court, DONOHOE created a new group on the encrypted messaging application for MOSD leadership ("New MOSD Leaders Group") that did not initially include TARRIO. DONOHOE then advised the other leaders, "Each one of us should personally clear our history of that MOSD chat." REHL responded, "you gotta manually delete each message from each chat" and then added, "since [TARRIO] knew the cops were for him, hopefully he logged outta" the encrypted messaging service. DONOHOE responded, "Well at least they won't get our boots on ground plans because we are one step ahead of them."

52.      DONOHOE then created a new group on the encrypted messaging application for the MOSD members and advised the group to leave the earlier group because "we are nuking that one." PERSON-3 subsequently advised that he had "removed everyone from the other group" and

14

that it had been "nuked." After its creation, the new MOSD members group ("New MOSD Members Group") included approximately 90 participants in total, including NORDEAN, BIGGS, REHL, DONOHOE, PEZZOLA, PERSONS 1 – 3.

53.    At 7:15 p.m. on January 4, DONOHOE posted a message on New MOSD Members Group that read, "Hey have been instructed and listen to me real good! There is no planning of any sorts. I need to be put into whatever new thing is created. Everything is compromised and we can be looking at Gang charges." DONOHOE then wrote, "Stop everything immediately" and then "This comes from the top." DONOHOE's messages in the New MOSD Members Group repeated those posted by a participant in the MOSD Members Group.

54.    On January 4, 2021, at 8:20 p.m., PERSON-2 posted a message in the New MOSD Leaders Group: "We had originally planned on breaking the guys into teams. Let's start divying them up and getting baofeng channels picked out." Baofeng is a manufacturer of handheld radios and other communications equipment.

55.    On January 5, 2021, at 1:23 p.m., PERSON-1 created a new encrypted messaging group entitled "Boots on Ground" to be used by Proud Boys members in Washington, D.C. In total, over sixty users participated in the Boots on Ground group, including NORDEAN, BIGGS, REHL, DONOHOE, PEZZOLA, and PERSONS 1 - 3.

56.    On January 5, 2021, at 5:25 p.m., BIGGS posted a message to the Boots on Ground group that read, "Just trying to get our numbers. So we can plan accordingly for tonight and go over tomorrow's plan."

57.    On January 5, 2021, at 5:52 p.m., BIGGS posted a message to the Boots on Ground group that read: "We are trying to avoid getting into any shit tonight. Tomorrow's the day" and then "I'm here with rufio and a good group[.]"

15

58.     In response to a question from a participant in the New MOSD Leaders Group, REHL, who travelled to Washington, D.C., on January 5, 2021, stated that he was bringing multiple radios with him, and that there was a person who was planning to program the radios later that evening.

59.     At 8:00 p.m., PEZZOLA posted a message on Boots on Ground that stated, "Anybody need coms programmed hit me up."

60.     On January 5, 2021, at 8:27 p.m., an MOSD member who was in Washington, D.C. with NORDEAN and BIGGS posted a message to New MOSD Members Group that read: "Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out at as patriot!" The same message was posted by PERSON-1 in the Boots on Ground group at 8:28 p.m.

61.     At 9:03 p.m., REHL notified NORDEAN, BIGGS, DONOHOE and others that he had arrived in Washington, D.C. DONOHOE responded by requesting one of the radios that REHL had brought.

62.     At 9:09 p.m., PERSON-2 broadcast a message to New MOSD Leaders Group that read: "Stand by for the shared baofeng channel and shared zello channel, no Colors, be decentralized and use good judgement until further orders."  PERSON-2 then stated, "Rufio [NORDEAN] is in charge, cops are the primary threat, don't get caught by them or BLM, don't get drunk until off the street." PERSON-2 then provided a specific radio frequency of 477.985. DONOHOE reposted the same three messages on the New MOSD Members Group at 9:11 p.m.

63.     At 9:17 p.m., BIGGS posted a message on the New MOSD Leaders Group that read, "We just had a meeting woth a lot of guys. Info should be coming out" and then posted "Just spoke with Enrique."

16

64.     At 9:20 p.m., PERSON-1 added TARRIO to the New MOSD Leaders Group.

65.     At approximately 9:20 p.m., BIGGS posted a message on the New MOSD Leaders Group that read, "We have a plan. I'm with rufio [NORDEAN]." DONOHOE responded, "What's the plan so I can pass it to the MOSD guys." BIGGS responded, "I gave Enrique a plan. The one I told the guys and he said he had one."

66.     At 9:36 p.m., DONOHOE added TARRIO to the New MOSD Members Group.

67.     At 12:01 a.m. on January 6, 2021, TARRIO posted a message on the New MOSD Leaders Group. At 12:03 a.m., DONOHOE posted, "Standby" and then reposted the instructions that had been issued in the Boots on Ground group and the New MOSD Members Group regarding the plan to meet at the Washington Monument at 10 a.m.

68.     At 6:37 a.m. on January 6, 2021, DONOHOE posted a message to the New MOSD Leaders Group that asked, "Are we gonna do a commanders briefing before the 10 a.m.?"

69.     Subsequently, DONOHOE posted a message to the New MOSD Members Group and Boots on Ground group that he was on his way to the Washington Monument. DONOHOE added, "I have the keys until Rufio [NORDEAN] and Zach [REHL] show up."

70.     On January 6, 2021, at 10:00 a.m., a group of approximately 100 Proud Boys members gathered near the Washington Monument, including NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

71.     Consistent with the directive issued by TARRIO, NORDEAN, BIGGS, REHL, DONOHOE, and others, the group of men standing with NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA were not wearing Proud Boys colors of black and yellow. Several of the men in the group, including BIGGS and REHL, were holding walkie-talkie style

17

communication devices that members of the MOSD had helped secure. At different times, NORDEAN and BIGGS carried and used a bullhorn to direct the group.

72.     Shortly after 10 a.m., NORDEAN and BIGGS led the group away from the rally that was taking place near the Washington Monument and to the west side of the Capitol. On arriving at the west side of the Capitol, NORDEAN and BIGGS marched the group along First Street, Northwest. NORDEAN and BIGGS marched the group past the pedestrian entrance to Capitol grounds, near the Peace Monument. The First Street pedestrian entrance was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

73.     NORDEAN and BIGGS marched the group, which included DONOHOE and REHL, to the east side of the Capitol, and then back to the west side of the Capitol.

74.     Around 12:00 p.m., DONOHOE posted a message on a separate encrypted group chat with Proud Boys in which he reported that the group was at the Capitol and then later, "WE ARE WITH 200-300 PBS."

75.     Shortly before 12:53 p.m., NORDEAN, BIGGS, and REHL led the group back to the First Street pedestrian entrance near the Peace Monument. The entrance was secured by a small number of Capitol Police officers who were standing behind waist height metal barriers. BIGGS led the assembled crowd in a series of chants using a megaphone. NORDEAN, REHL, DONOHOE, and PEZZOLA stood nearby.

76.     Seconds before 12:53 p.m., BIGGS was approached by an individual whose identity is known to the grand jury. The individual put one arm around BIGGS's shoulder and spoke to him. Approximately one minute later, this individual crossed the barrier that restricted

18

access to the Capitol grounds. This was the first barrier protecting the Capitol grounds to be breached on January 6, 2021, and the point of entry for NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA.

77. Immediately after the breach, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA, together with assembled members of the crowd, charged toward the Capitol by crossing over the barriers meant to restrict access to the Capitol grounds.

78. NORDEAN, BIGGS, REHL, DONOHOE, PEZZOLA, and other members of the crowd, advanced toward the west plaza of the Capitol where additional metal barricades and law enforcement were deployed to protect the Capitol and its occupants from the advancing crowd.

79. As BIGGS unlawfully advanced toward the Capitol he recorded himself stating, "Dude, we're right in front of the Capitol right now. American citizens are storming the Capitol—taking it back right now. There's millions of people out here; this is fucking crazy. Oh my God! This is such history! This is insane. We've gone through every barricade thus far. Fuck you!"

80. Within minutes of unlawfully crossing onto Capitol grounds, NORDEAN, BIGGS, REHL, DONOHOE, PEZZOLA, and other Proud Boys members moved to the front of the crowd.

81. NORDEAN and BIGGS, together with other members of the crowd, tore down a black metal fence that separated the crowd from law enforcement.

82. After tearing down the fence, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA, and many others who had been led by NORDEAN and BIGGS to the Capitol advanced past the trampled barrier into the west plaza of the Capitol grounds.

83. Upon arriving at the west plaza, NORDEAN, BIGGS, REHL, DONOHOE, and PEZZOLA positioned themselves at or near the front of the crowd in the west plaza. While

19

standing at the front of the crowd opposite law enforcement in riot gear, NORDEAN and BIGGS exchanged a hug and handshake.

84.     While standing in the west plaza of the Capitol, BIGGS took another video in which he announced, "we've just taken the Capitol."

85.     Shortly after 1:00 p.m., messages were posted by PERSON-1 and PERSON-2 in the New MOSD Leaders Group that stated, "Push inside! Find some eggs and rotten tomatoes!" and "They deploy the mace yet." DONOHOE posted, "We are trying."

86.     PEZZOLA moved toward the front of the police line and ripped away a Capitol Police officer's riot shield, while the officer was physically engaging with individuals who had gathered unlawfully into the west plaza of the Capitol.

87.     DONOHOE threw two water bottles at a line of law enforcement officers engaged in the lawful performance of their official duties who were attempting to prevent the mob's advance in the west plaza at the Capitol.

88.     Shortly thereafter, DONOHOE and PEZZOLA combined to carry the riot shield through the west plaza. After reaching the rear of the concrete area of the west plaza, DONOHOE posted a message at 1:37 p.m. that read, "Got a riot shield." While standing at the rear of the plaza, DONOHOE took a picture of PEZZOLA holding the riot shield and making a hand gesture associated with the Proud Boys.

89.     Around the same time, NORDEAN, BIGGS, and REHL moved to the rear of the west plaza as well. NORDEAN, BIGGS, and others then moved further away onto the lawn of the Capitol, where, at 1:27 p.m., BIGGS filmed a selfie-style video with NORDEAN and others who had marched with them to the Capitol in which BIGGS declared, "So we just stormed the fucking

20

Capitol. Took the motherfucking place back. That was so much fun." BIGGS then added, "January 6 will be a day in infamy."

90.     Shortly before 2:00 p.m., NORDEAN and BIGGS had moved back toward the Capitol and were near a set of concrete stairs that led to the Upper West Terrace of the Capitol. DONOHOE and PEZZOLA had also moved to the same area at the base of the stairs.

91.     DONOHOE pushed forward to assist the crowd's effort to advance up the concrete stairs toward the Capitol. The crowd overwhelmed law enforcement who were attempting to stop the crowd from advancing. BIGGS and PEZZOLA traveled up the stairway with the crowd.

92.     At the top of the flight of stairs leading from the west plaza to the Capitol, PEZZOLA shouted at Capitol Police officers attempting to prevent the crowd from advancing further, words to the effect of, "We ain't stopping! We ain't fucking stopping! Fuck you! . . . You think Antifa's fucking bad, just you wait!," among other things.

93.     At approximately 2:13 p.m., PEZZOLA used the riot shield he had taken from a Capitol Police officer to break a window of the Capitol. The first members of the mob entered the Capitol through this broken window.

94.     Seconds later, PEZZOLA entered the Capitol through the window he had broken. Other members of the mob entered the building and forced open an adjacent door from the inside.

95.     At 2:14 p.m., BIGGS entered the Capitol through the adjacent door with other MOSD members. Within minutes, the Senate suspended the Certification of the Electoral College Vote.

96.     BIGGS subsequently exited the Capitol on the east side of the building, and BIGGS and several other Proud Boys members posed for a picture at the top of the steps on the east side

21

of the Capitol. BIGGS also took a video in which he surveyed the crowd and then stated, "We've taken the Capitol."

97.     At 2:36 p.m., TARRIO made a public post on social media that read, "After I finish watching this I'll make a statement about my arrest...But for now I'm enjoying the show...Do what must be done. #WeThePeople."

98.     NORDEAN entered the Capitol at 2:37 p.m. where he reunited with other Proud Boys members, who had entered the building with BIGGS.

99.     At 2:38 p.m., TARRIO made a public post on social media that read, "Don't fucking leave."

100.     At approximately 2:39 p.m., TARRIO responded to a question posed by a Proud Boys member—"Are we a militia yet?"—with a one word voice note in which TARRIO stated, "Yep." TARRIO then posted two additional messages that stated, "Make no mistake…" and then "We did this…"

101.     At 2:40 p.m., thirty minutes after first entering the Capitol on the west side, BIGGS and others forcibly re-entered the Capitol through the Columbus Doors on the east side of the Capitol, pushing past at least one law enforcement officer and entering the Capitol.

102.     After re-entering the Capitol by force, BIGGS and other Proud Boys he had entered with traveled to the Senate chamber where the Certification of the Electoral College Vote would have been occurring, had it not been suspended due to the ongoing attack.

103.     At 2:41 p.m., TARRIO made a public post on social media that read, "Proud Of My Boys and my country."

104.     REHL entered the Capitol at approximately 2:53 p.m. through the same door first entered by BIGGS on the west side of the building.

22

105.    While NORDEAN and BIGGS were moving in and out of the Capitol, TARRIO attempted to communicate with them by phone. TARRIO placed a phone call to NORDEAN at 2:53 p.m. and to BIGGS at 2:54 p.m. BIGGS had a 42 second call with TARRIO at 2:54 p.m.

106.    At 2:57 p.m., TARRIO posted a message on social media that read, "1776" and then "Revolutionaries are now at the Rayburn building," which referred to a House of Representatives office building that had been referenced in the "1776 Returns" plan received by TARRIO on December 30, 2020.

107.    At 11:16 p.m., TARRIO posted a message on social media that featured a video of a masked man resembling TARRIO, wearing a flowing black cape, standing in front of a deserted Capitol. The video was captioned, "Premonition."

(In violation of Title 18, United States Code, Section 1512(k))

**COUNT TWO**
**(18 U.S.C. §§ 1512(c)(2), 2)**
**(Obstruction of an Official Proceeding and**
**Aiding and Abetting)**

108.    Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as though set forth herein.

109.    On or about January 6, 2021, in the District of Columbia and elsewhere, the defendants,

**ENRIQUE TARRIO,**
**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**and**
**DOMINIC PEZZOLA,**

attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, the certification of the Electoral College vote, and did aid and abet others known and unknown to the grand jury to do the same.

(In violation of Title 18, United States Code, Sections 1512(c)(2), 2)

24

**COUNT THREE**
**(18 U.S.C. § 231(a)(3), 2)**
**(Civil Disorder and Aiding and Abetting)**

110.    Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as though set forth herein.

111.    As set forth in paragraphs 81, 82, and 91, on or about January 6, 2021, in the District of Columbia and elsewhere, the defendants,

**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**ENRIQUE TARRIO,**
**and**
**DOMINIC PEZZOLA,**

committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(In violation of Title 18, United States Code, Section 231(a)(3), 2)

## COUNT FOUR
### (18 U.S.C. § 1361, 2)
### (Destruction of Government Property and Aiding and Abetting)

112.    Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as though set forth herein.

113.    As set forth in paragraph 81, on or about January 6, 2021, in the District of Columbia and elsewhere, the defendants,

**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**ENRIQUE TARRIO,**
**and**
**DOMINIC PEZZOLA,**

did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is a black metal fence, causing damage in an amount more than $1000.

(In violation of Title 18, United States Code, Section 1361, 2)

## COUNT FIVE
### (18 U.S.C. § 1361, 2)
### (Destruction of Government Property and Aiding and Abetting)

114.    Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as though set forth herein.

115.    As set for the in paragraphs 93 and 94, on or about January 6, 2021, in the District of Columbia and elsewhere, the defendants,

**ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
CHARLES DONOHOE,
ENRIQUE TARRIO,
and
DOMINIC PEZZOLA,**

did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency thereof, that is a window adjacent to the Senate Wing Door of the U.S. Capitol, causing damage in an amount more than $1000.

(In violation of Title 18, United States Code, Section 1361, 2)

**COUNT SIX**
**(18 U.S.C. § 111(a)(1))**
**(Assaulting, Resisting, or Impeding Certain Officers)**

116.    Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as if fully set forth herein.

117.    As set forth in paragraphs 87, on January 6, 2021, in the District of Columbia,

**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**ENRIQUE TARRIO,**
**and**
**DOMINIC PEZZOLA,**

with intent to commit a felony, that is, obstruction of an official proceeding, as charged in Count Two of this indictment, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), by throwing a water bottle at law enforcement.

(In violation of Title 18, United States Code, Section 111(a)(1))

**COUNT SEVEN**
**(18 U.S.C. § 111(a)(1))**
**(Assaulting, Resisting, or Impeding Certain Officers)**

118.     Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as if fully set forth herein.

119.     As set forth in paragraph 86, on or about January 6, 2021, in the District of Columbia,

**ETHAN NORDEAN,**
**JOSEPH BIGGS,**
**ZACHARY REHL,**
**CHARLES DONOHOE,**
**ENRIQUE TARRIO,**
**and**
**DOMINIC PEZZOLA,**

with intent to commit a felony, that is obstruction of an official proceeding, as charged in Count Two of this Indictment, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and did make physical contact with that officer and employee, while such person was engaged in and on account of the performance of official duties.

(In violation of Title 18, United States Code, Section 111(a)(1))

29

## COUNT EIGHT
### (18 U.S.C. § 2112)
#### (Robbery of Personal Property of the United States)

120.     Paragraphs 1 through 107 of this Indictment are re-alleged and incorporated as if fully set forth herein.

121.     As set forth in paragraphs 86, on or about January 6, 2021, in the District of Columbia,

**DOMINIC PEZZOLA,**

by force and violence and by intimidation, did take and attempt to take, from the person and presence of a Capitol Police officer, personal property belonging to the United States, that is, a riot shield.

(In violation of Title 18, United States Code, Section 2112)

A TRUE BILL

FOREPERSON

*Matthew M. Graves/SB*

MATTHEW M. GRAVES
U.S. ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>ENRIQUE TARRIO<br>also known as "Henry Tarrio"<br><br>*Defendant* | )    **Case: 1:21−cr−00175**<br>)    **Assigned To : Kelly, Timothy J.**<br>)    **Assign. Date : 3/7/2022**<br>)    **Description: Superseding Indictment (B)**<br>)    **Related Case: 21-cr-175 (TJK)** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ENRIQUE TARRIO                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ☑ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1512(k) (Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. §§ 1512 (c)(2) and 2 (Obstruction of an
   Official Proceeding and Aiding and Abetting); 18 U.S.C. §§ 231(a)(3) and 2 (Obstruction of Law Enforcement During Civil
   Disorder and Aiding and Abetting); 18 U.S.C. §§ 1361 and 2 (Destruction of Government Property and Aiding and
   Abetting); 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers).

Date:    03/07/2022
                                                                    _____
                                                                    *Issuing officer's signature*

City and state:    Washington, D.C.
                                                                    Zia M. Faruqui, United States Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____     _____<br>                                        *Arresting officer's signature*<br><br>                                        _____<br>                                        *Printed name and title* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-2369-MJ-OTAZO-REYES

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ENRIQUE TARRIO,

     Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to:   matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated

with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:  s/Ansdrew S. Jacobs
Andrew S. Jacobs
Assistant Federal Public Defender
Florida Bar No. A5502687
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000/(305) 536-4559, Fax
E-Mail:  andrew_jacobs@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 9, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Andrew S. Jacobs
Andrew S. Jacobs

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-mj-2369-OTAZO-REYES (SEALED)

UNITED STATES OF AMERICA,
      Plaintiff,

V.

ENRIQUE TARRIO,
      Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 3/8/2022

**Alicia M. Otazo-Reyes**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**      Date: 3/8/2022      Time: 2:00 p.m.

Defendant: ENRIQUE TARRIO      J#: 98721-004      Case #: 22-MJ-2369-OTAZO-REYES (SEALED)

AUSA: Amanda Perwin      Attorney: AFPD - Andrew Jacobs

Violation: Warr/D/DC/Indictment/Conspiracy to Obstruct Official Proceeding/Obstruction of an Official Proceeding/ Aiding and Abetting      Surr/Arrest Date: 3/8/2022      YOB: 1984

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ○ Yes  ● No      Recommended Bond: PTD

Bond Set at: Temporary PTD      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs      Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

Zoom consent
Brady Warning
Rights
Sworn
Indigent
Case unsealed
Press Admonition
AFPD appt
Dan Hull appeared
as counsel but
has a conflict

Time from today to _____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE  Date:      Time:      Judge:      Place:

Report RE Counsel:

PTD/Bond Hearing: 3/11  10:00 a.m.  Duty Mizim

Prelim/Arraign or Removal: 3/11

Status Conference RE:

D.A.R. Zoom AOR 3/8/22 2:00 p.m.      Time in Court: 12 Min

+ 2:20 p.m.      s/Alicia M. Otazo-Reyes      Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**CASE NO: 22-MJ-02369**

v.

ENRIQUE TARRIO,

Defendant.

_____/

## *TEMPORARY NOTICE OF APPEARANCE AS COUNSEL*

**PLEASE TAKE NOTICE** that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, Enrique Tarrio, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office AUSA Erik Kenerson on this 10th day of March, 2022.

Respectfully submitted,

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO: 22-MJ-02369**

**v.**

**ENRIQUE TARRIO,**

**Defendant.**

_____/

**_UNOPPPSED MOTION TO CONTINUE REMOVAL/PRE-TRIAL DETENTION_**

**COMES NOW** the Defendant, Enrique Tarrio, by and through undersigned counsel moves this Honorable Court to reset the removal/pre-trial detention hearing in the foregoing cause and in support hereof states as follows:

1. Counsel was recently retained by the Defendant on the above referenced case.

2. Undersigned has spoken to AFPD Andrew Jacobs regarding documents provided by the Government in anticipation of the detention hearing. The documents include approximately 92 pages which need to be reviewed and have not been tendered to undersigned.

3. Undersigned is requesting until Tuesday, March 15, 2022 to review such documents and adequately prepare for said hearing.

4. Undersigned has spoken with AUSA DOJ Erik Kenerson regarding said continuance and the Government is unopposed to the request for continuance until Tuesday, March 15, 2022.

5. This motion is not intended to cause any undue hardship or cause any delay to this Honorable Court's proceedings.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to AUSA Erik Kenerson at the US Attorney's Office on this 10th day of March, 2022.

Respectfully submitted,

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 221**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-MJ-02369

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ENRIQUE TARRIO,
Defendant.

_____/

### **TEMPORARY NOTICE OF APPEARANCE AS CO-COUNSEL**

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance as co-counsel on behalf of the Defendant, Enrique Tarrio, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office AUSA Erik Kenerson on this 10th day of March, 2022.

Respectfully submitted,
*BY: /s/Sabino Jauregui, Esq.*
Attorney for Mr. Enrique Tarrio
Florida Bar Number 503134
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-MJ-02369

UNITED STATES OF AMERICA

vs.

**ENRIQUE TARRIO,**
**also known as "Henry Tarrio,"**

     **Defendant.**

_____/

### UNITED STATES OF AMERICA'S NOTICE OF FILING OF MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the Memorandum In Support of Motion for Detention, on behalf of the United States Attorney's Office for the District of Columbia, ahead of the detention and removal proceedings taking place on March 15, 2022, before the Honorable Magistrate Judge Lauren F. Louis. *See* Memorandum (attached hereto as Exhibit 1).

                                Respectfully submitted,

                                JUAN ANTONIO GONZALEZ
                                UNITED STATES ATTORNEY

          By:    */s/ Eduardo Gardea*_____
                      EDUARDO GARDEA, JR.
                      Assistant United States Attorney
                      Court ID No. A5502663
                      99 N.E. 4th Street, 6th Floor
                      Miami, Florida 33132
                      Tel.: (305) 961-9000
                      eduardo.gardea.jr@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Court and delivered to counsel of record using CM/ECF this 14th day of March 2022.


/s/ Eduardo Gardea
EDUARDO GARDEA, JR.
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 22-mj-02369 |
| | : | |
| v. | : | The Honorable Magistrate Judge |
| | : | Lauren F. Louis |
| ENRIQUE TARRIO, | : | |
| also known as "Henry Tarrio," | : | |
| Defendant. | | |

## GOVERNMENT'S MEMORANDUM
## IN SUPPORT OF MOTION FOR DETENTION

The United States moves to detain Enrique Tarrio pending trial. A grand jury returned an indictment charging Tarrio with conspiracy to obstruct justice, by orchestrating a plot to corruptly obstruct, influence, and impede the Certification of the Electoral College Vote resulting from the 2020 Presidential Election, including an attack on the United States Capitol on January 6, 2021. Based on the compelling evidence of Tarrio's leadership of this conspiracy, there are no conditions of release that can reasonably assure the safety of the community or the defendant's appearance in court. And based on Tarrio's public comments aimed at chilling witnesses against his co-conspirators, as well as his own purported efforts to evade law enforcement, he poses a risk of obstructing justice should he be released. Pretrial detention is warranted and necessary.

### I.    Procedural Background

On March 7, 2022, a grand jury in the District of Columbia returned an indictment (the Second Superseding Indictment or "SSI") that charges Tarrio with conspiring with five co-conspirators—each of whom was previously charged and all of whom are detained pending trial before District of Columbia Judge Timothy J. Kelly. Tarrio is charged with one count of

Conspiracy to Obstruct an Official Proceeding, in violation of 18 U.S.C. § 1512(k); one count of Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2); one count of Obstruction of Law Enforcement During a Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); two counts of Destruction of Government Property, in violation of 18 U.S.C. § 1361; and two counts of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1). Upon return of the indictment, a Magistrate Judge for the District of Columbia issued a warrant for Tarrio's arrest. Tarrio was arrested on March 8, 2022, and he had his initial appearance before this Court on that same day.

The United States moves for Tarrio's pretrial detention pursuant to 18 U.S.C. § 3142(f)(1)(A), because this is a case that involves an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; pursuant to 18 U.S.C. § 3142(f)(2)(A), because this case involves a serious risk of flight; and pursuant to 18 U.S.C. § 3142(f)(2)(B), because this case involves a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror. Here, Tarrio is subject to a rebuttable presumption in favor of detention because he is charged with felony destruction of government property (18 U.S.C. § 1361), a statute listed in 18 U.S.C. § 2332b(g)(5)(B) that carries a maximum term of imprisonment of 10 years or more. 18 U.S.C. § 3142(e)(3)(C). The detention hearing is scheduled for Tuesday, March 15, 2022.

## II.   **Factual Background**

In the weeks leading up to January 6, 2021, Tarrio spearheaded a conspiracy to corruptly obstruct, influence, and impede the Certification of the Electoral College Vote resulting from the 2020 Presidential Election. During that period, Tarrio was the national chairman of the Proud Boys organization, which describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists."  Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. Indeed, Proud Boys members, led by Tarrio, had a visible presence at rallies in Washington, D.C., protesting the outcome of the 2020 election in November and December 2020.

During one of those events, which took place on December 12, 2020, Tarrio participated with a group of Proud Boys in the theft and destruction of a banner that belonged to a downtown Washington, D.C., church. Tarrio's destructive act—burning a "#BLACKLIVESMATTER" banner—was caught on film. On December 17, 2020, Tarrio publicly boasted of his action and was unrepentant, asserting on social media, "Come get me if you feel like what I did was wrong. We'll let the public decide."

On December 19, 2020, plans were announced for a protest in Washington, D.C., to coincide with Congress's January 6 Certification of the Electoral College vote. Beginning in late December 2020, Tarrio created a new chapter for the Proud Boys, referred to as the Ministry of Self Defense or MOSD ("MOSD"). Tarrio described the MOSD as a "national rally planning" chapter that would include only "hand selected members."  Tarrio and the other MOSD leaders imposed a command-and-control structure on this new chapter. Tarrio identified the MOSD

leaders and organized them into an "Operational Council" and a "Marketing Council." The MOSD leaders then, in turn, hand-selected Proud Boys to become members of the MOSD.

On January 6, Tarrio's men—the leaders and members of the MOSD—were at the front of the crowd that unlawfully breached the Capitol grounds and overran police lines meant to protect the Capitol and its occupants. Co-conspirator Dominic Pezzola was the first person to physically breach the Capitol when he used a stolen Capitol Police riot shield to break a window adjacent to the Senate Wing Door, which allowed the first members of the mob to breach the interior of the Capitol at 2:13 p.m. The certification of the Electoral College vote was almost immediately halted.

Tarrio was not physically present at the Capitol on January 6. On January 4, he was arrested in Washington, D.C., for his December 12 burning of the "#BLACKLIVESMATTER banner. He was detained briefly, and upon his release on January 5, he was ordered to leave the District of Columbia. Tarrio nonetheless continued to exercise command and control over the MOSD, whose leaders on the ground sought Tarrio's approval of the plan for January 6 later that evening. As the riot unfolded on January 6, Tarrio claimed credit for the scenes unfolding in and around the Capitol, posting a message on his social media account at 2:38 p.m. that read, "Don't fucking leave," and celebrated the success of the conspiracy in an encrypted chat for a small group of Proud Boys leadership, stating "Make no mistake…" and then "We did this…"

A.   **Tarrio Imposed a Command and Control Structure on the MOSD**

On December 20, 2020, the day after plans were announced for a "wild" protest in D.C. on January 6, Tarrio created an encrypted messaging group for use by MOSD leaders (the "MOSD Leaders Group"). SSI at ¶¶ 21, 30. The group included indicted co-conspirators Ethan Nordean, Joseph Biggs, Zachary Rehl, and Charles Donohoe, and several others. *Id.* This group was to form the nucleus of leadership in a new chapter of the Proud Boys organization, which Tarrio described

as a "national rally planning" chapter. *Id.* at ¶¶ 20, 30. The first event targeted by the group was the rally in D.C. on January 6. *Id.* at ¶ 21.

Tarrio and the other MOSD leaders developed a command and control structure in anticipation of the Proud Boys' return to Washington, D.C., for January 6. On December 20, 2020, Tarrio proposed a video chat, which took place on December 21, to discuss the MOSD chapter and January 6. *Id.* at ¶ 31. On December 27, 2020, Tarrio created another encrypted messaging group for prospects of the MOSD, which were to include only "hand selected members." *Id.* at ¶ 33. Tarrio stressed that MOSD members were expected to follow directions of MOSD leadership, which Tarrio and others emphasized by telling members to "Fit in [] or fuck off." *Id.*

On December 29, 2020, Tarrio posted a message on social media that the Proud Boys planned to "turn out in record numbers on Jan 6th but this time with a twist . . .. We will not be wearing our traditional Black and Yellow. We will be incognito and we will be spread across downtown DC in smaller teams. And who knows . . . we might dress in all BLACK for the occasion." *Id.* at ¶ 37.

On December 29, 2020, Tarrio posted a message to the prospective MOSD members to notify them of a live session on December 30 to inform prospects "how this all works." *Id.* at ¶ 38. Tarrio advised the group that the MOSD "will have a top down structure" and advised prospects that, "if that's something you're not comfortable with" they should not bother attending the live session. *Id.*

At the December 30, 2020, live session, Tarrio and other MOSD leaders emphasized that MOSD members were to follow the commands of leadership. *Id.* at ¶ 42. During the call, another MOSD leader warned prospective members that January 6 was going to be a "completely different

operation," and that the Proud Boys would not be conducting a "night march and flexing our [arms] and shit." *Id.*

### B. **Tarrio and His Men Focused on the Capitol**

Communications between and among MOSD leaders and their hand-selected men repeatedly referenced the Capitol on January 6. On December 20, 2020, the same day that Tarrio created the MOSD leadership chat, another MOSD leader wrote, "I am assuming most of the protest will be at the capital building given what's going on inside." *Id.* at ¶ 31.

On January 2, 2021, Tarrio created an encrypted message group for MOSD members. *Id.* at ¶ 46. The next day, members of that group discussed attacking the Capitol. One of Tarrio's hand-selected MOSD members posted a message that read, "time to stack those bodies in front of Capitol Hill." Messages exchanged among the group then turned specific, with one member asking, "so are the normies and other attendees going to push thru police lines and storm the capitol buildings? A few million vs A few hundred coptifa should be enough." The next day, the same MOSD member raised the prospect again, asking, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not." In response, an MOSD leader stated, "They would do nothing because they can do nothing." *Id.* at ¶ 48.

Tarrio encouraged these communications between MOSD members and leaders. For example, on December 31, 2020, at approximately 11:25 a.m., Tarrio posted a picture of co-conspirator Pezzola in D.C. during the December rally. Along with the picture, Tarrio posted the message: "Lords of War. #J6 #J20," which hashtags are apparent references to January 6, the date of the Certification of the Electoral College vote, and January 20, the date of the presidential Inauguration. *Id.* at ¶ 44. Similarly, on January 1, Tarrio posted messages that related to revolution.

*Id.* at ¶ 45. Specifically, at 12:25 a.m., Tarrio posted, "Let's bring this new year with one word in mind...Revolt." At 2:56 p.m., Tarrio posted the message, "New Years Revolution." *Id.*

On January 3, as efforts to plan for January 6 intensified amongst MOSD leaders, Tarrio stated that he wanted to wait until January 4 to make final plans. *Id.* at ¶ 49. In response, another MOSD leader posted a voice message to the MOSD Leaders Group, at 7:10 p.m., in which he stated:

> I mean the main operating theater should be out in front of the house of representatives. It should be out in front of the Capitol building. That's where the vote is taking place and all of the objections. So, we can ignore the rest of these stages and all that shit and plan the operations based around the front entrance to the Capitol building. I strongly recommend you use the national mall and not Pennsylvania avenue though. It's wide-open space, you can see everything coming from all angles.

*Id.* Another MOSD leader posted that the Capitol was a "good start." *Id.*

Throughout the night of January 3 into January 4, Tarrio and other MOSD leaders discussed logistics for January 6. On January 4, Tarrio posted a voice message, at 7:36 a.m., to the MOSD Leaders Group, where he stated, "I didn't hear this voice note until now, you want to storm the Capitol." *Id.* at ¶ 50. In context, this message was posted in response to the January 3 post that the main operating theater should be where "all of the votes are taking place and all of the objections." Tarrio's message regarding storming the capitol was posted in the MOSD Leaders Group, where all of the MOSD leaders would have seen it.

### C. **Even After His Arrest, Tarrio Continued to Direct the Conspiracy**

On January 4, 2021, Tarrio flew from Florida to Washington, D.C., where he was arrested and charged with destruction of property for his December 12 burning of the #BLACKLIVESMATTER banner and possession of two large capacity magazines. *Id.* at ¶ 22. Tarrio was detained overnight, and his phone was seized by law enforcement.

Shortly after Tarrio's arrest, co-conspirator Donohoe created a new encrypted chat for MOSD leaders (the "New MOSD Leaders Group"). *Id.* at ¶ 51. MOSD leaders then discussed deleting their own MOSD communication history and expressed hopes that Tarrio had logged out of his chat application. *Id.* MOSD leaders then created a new MOSD Membership Group ("New MOSD Membership Group") for MOSD members. Donohoe advised them, "Hey have been instructed and listen to me real good! There is no planning of any sorts. I need to be put into whatever new thing is created. Everything is compromised and we can be looking at Gang charges." *Id.* at ¶ 53. Tarrio was not initially invited to either new group.

Tarrio was released at approximately 5 p.m. on January 5, after having been ordered to leave the District of Columbia. Tarrio did not immediately comply with the order. *Id.* at ¶ 22. Instead, he travelled to an underground parking garage, located in downtown Washington, D.C., where for approximately 30 minutes he met with a group of individuals that included Elmer Stewart Rhodes III, the founder and leader of the Oath Keepers. *Id.* at ¶ 23.[1]  A documentary film crew was present in the garage and, at one point, picked up audio of a person referencing the Capitol. *Id.* While in the parking garage, Tarrio told another individual that he had cleared all of the messages on his phone before he was arrested. Tarrio further stated that no one would be able to get into his phone because there were "two steps" to get into it.

Thereafter, Tarrio left the District of Columbia and travelled to Baltimore, Maryland. That evening, Tarrio used the phones of associates to make a number of phone calls, and to log back into his encrypted messaging accounts. After having regained access to his accounts, Tarrio assured his men that his phone had not been compromised. Tarrio was subsequently added back into both the new MOSD Leaders Group and the new MOSD Members Group. *Id.* at ¶¶ 64, 66.

---

[1]    Rhodes is charged with Seditious Conspiracy, in violation of 18 U.S.C. § 2384, and related offenses in *United States v. Elmer Stewart Rhodes III, et al.,* 22-cr-15 (APM).

Tarrio participated, posting at least one message in the New MOSD Leaders Group shortly after midnight on January 6. *Id.* at ¶ 67.

On January 5, 2021, around 8:30 p.m., messages were posted to MOSD leaders and members that read: "Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out at as patriot!" *Id.* at ¶ 60. The command not to wear colors was consistent with an earlier directive from Tarrio.

Communications among the group were clear. MOSD members were looking to Nordean and Biggs to take charge on the ground. And Nordean and Biggs were coordinating—and deferring—to Tarrio. At 9:09 p.m., an MOSD leader broadcast to the New MOSD Members Group that "Rufio [Nordean] is in charge." *Id.* at ¶ 62. At 9:17 p.m., Biggs posted a message on New MOSD Leaders Group that read, "We just had a meeting woth a lot of guys. Info should be coming out" and then posted "Just spoke with Enrique [Tarrio]." *Id.* at ¶ 63.

At approximately 9:20 p.m., Biggs posted a message to the New MOSD Leaders group that read, "We have a plan. I'm with rufio." *Id.* at ¶ 65. Another MOSD leader responded, "What's the plan so I can pass it to the MOSD guys." Biggs responded, "I gave Enrique [Tarrio] a plan. The one I told the guys and he said he had one." *Id.*

### D. MOSD Leaders and Members Executed the Plan on January 6

As described in greater detail in the Indictment, the Proud Boys played an instrumental role in the attack on the Capitol on January 6, 2021. After assembling at the Washington Monument shortly after 10 a.m, Nordean and Biggs led a group of Proud Boys and others from the Washington Monument to the west side of the Capitol, around the building to its east side, and back to the Peace Monument on the west side of the Capitol. *Id.* at ¶¶ 72-74. The "top-down" command

structure that Tarrio and his co-conspirators had emphasized was on display throughout the march. The group marched in formation, with Nordean, Biggs, and Rehl largely leading the way.

Nordean and Biggs had positioned themselves at the First Street gate shortly before 1 p.m.—the scheduled time for the certification to begin. *Id.* at ¶ 75. Within minutes of arriving at the First Street pedestrian gate at the Capitol, the leaders and members of the MOSD were among the first to unlawfully breach the Capitol grounds, and among the first of thousands to unlawfully occupy the plaza to the west of the Capitol. *Id.* at ¶¶ 77-78. Minutes later, Tarrio's appointed leaders on the ground—co-conspirators Ethan Nordean and Joseph Biggs—moved to the front of the crowd and combined with others to destroy a black metal fence, which allowed the crowd to storm further onto the Capitol grounds. *Id.* at ¶¶ 80-82.

At approximately 1:00 p.m., as Biggs filmed himself celebrating the "Storming" of the Capitol, one the MOSD leaders declared, in an encrypted chat for members of that group, "Storming the capital right now!!" *Id.* at ¶ 79. Nearly one hour later, MOSD leaders and members, including co-conspirators Biggs, Donohoe, and Pezzola, were among the first to overrun a police line leading from the West Plaza to the Upper West Terrace—closer to the building itself. *Id.* at ¶¶ 90-92. At 2:13 p.m., Pezzola was the first person to breach the Capitol. *Id.* at ¶ 93. Pezzola used a stolen Capitol Police riot shield to break a window adjacent to the Senate Wing Door on the Upper West Terrace, which allowed the first members of the mob to breach the interior of the Capitol. *Id.* at ¶ 93. The Electoral College certification was almost immediately halted. *Id.* at ¶ 95.

### E.    Tarrio Incited, Directed, and Admitted Responsibility for MOSD's Attack on the Capitol

Just over 20 minutes after Pezzola breached the Capitol with a riot shield, Tarrio made a public post on social media that read, "After I finish watching this I'll make a statement about my arrest...But for now I'm enjoying the show...Do what must be done. #WeThePeople." *Id.* at ¶ 97.

At 2:38 p.m., Tarrio made a public post on social media that read, "Don't fucking leave." *Id.* at ¶ 99. At the time of this post, multiple MOSD members and leaders were inside the Capitol. At 2:41 p.m., Tarrio made a public post on social media that read, "Proud Of My Boys and my country." *Id.* at ¶ 103.

Around this same time, a Proud Boys member posted in an encrypted message chat: "Are we a militia yet?" Tarrio responded with a one-word voice note, "Yep." He then posted, "Make no mistake…" and then "We did this…" *Id.* at ¶ 100. Later that day, Tarrio posted a message in that same group chat that stated, "They'll fear us doing it again…" A member of the group asked, "So what do we do now?" Tarrio responded at 4:14 p.m., "Do it again."

While Nordean and Biggs were moving in and out of the Capitol building, Tarrio attempted to communicate with them by phone. *Id.* at ¶ 105. Tarrio placed a phone call to Nordean at 2:53 p.m. and to Biggs at 2:54 p.m. *Id.* Biggs had a 42 second call with Tarrio at 2:54 p.m. *Id.* Minutes before this call, Biggs had exited the Senate chamber and made his way outside the Capitol.

At 11:16 p.m., Tarrio posted a message on social media that featured a video of a masked man resembling Tarrio, wearing a flowing black cape, standing in front of a deserted Capitol building. The video was captioned, "Premonition." *Id.* at ¶ 107.

### F.      Tarrio's Actions After January 6

Unsurprisingly, in the days and weeks following January 6, Tarrio made self-serving exculpatory statements to try to distance himself from the actions of other Proud Boys members on January 6. On January 7, he told a member of law enforcement that he thought he could have stopped the whole thing, if he had been present. He told another individual that he was upset with the Proud Boys for having gone inside the building because they had strayed from his plan. He has also stated in public news interviews that while there was a plan, that plan did not include going

into buildings. *See Proud Boys Leader Has No Sympathy for Lawmakers Targeted by Capitol Riot*, CNN (Feb. 25, 2021), *available at* https://www.cnn.com/2021/02/25/politics/capitol-riot-proud-boys-enrique-tarrio-soh/index.html.

By April 2021, four of Tarrio's MOSD leaders had been indicted, charged, and detained in connection with the events of January 6. In July 2021, Tarrio sent a voice message to Proud Boys around the country. *See EXCLUSIVE Proud Boys Leader Urged Group Not to 'Turn on Each Other,'* Reuters (Sept. 9, 2021), *available at* https://www.reuters.com/world/us/exclusive-proud-boys-leader-urged-group-not-turn-each-other-riot-probe-2021-09-09/. In that message, Tarrio addressed the possibility that one of the four leaders may have been cooperating with law enforcement. Tarrio denied this possibility, adding "[t]he moment that they think one of the guys flipped, it throws everything off and it makes everybody turn on each other, and that's what we are trying to f---ing avoid." *Id.*

On July 19, 2021, Tarrio entered a plea of guilty in the District of Columbia to one count of destruction of property and one count of attempted possession of a large-capacity ammunition feeding device, in connection with the December 12 banner burning. On August 23, 2021, Tarrio was sentenced to 155 days in prison on these charges. Tarrio reported to the D.C. jail to serve this sentence on September 6, 2021; he was released on January 14, 2022.

**III.** <u>**Argument**</u>

Pursuant to 18 U.S.C. § 3142(a), in relevant part, when a defendant is arrested, the Court "shall issue an order that, pending trial, the person be (1) released on personal recognizance . . . ; (2) released on a condition or a combination of conditions . . . ; or (4) detained under subsection (e)." Detaining a defendant under Section 3142(e) requires a hearing "pursuant to the provisions of subsection (f)." *Id.* at § 3142(e). If the Court determines after that hearing that "no condition or

combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community," the Court must detain the defendant pending trial. *Id.* § 3142 (e)(1). The evidence more than establishes that Tarrio should be detained pending trial.

### A.    <u>Bases for Detention Request</u>

According to Section 3142(f), there are limited circumstances in which the Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f); *see also United States v. Munchel*, 991 F.3d 1273, 1281 (D.C. Cir. 2021). Here, three of those circumstances apply: Subsection (f)(1)(A) (case involves an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed); Subsection (f)(2)(A) (case that involves a serious risk of flight); and Subsection (f)(2)(B) (case that involves a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror). All three bases for a detention hearing are supported by the evidence outlined above.

The Bail Reform Act provides in this case a rebuttable presumption in favor of detention because the defendant is charged with an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of ten years or more is prescribed. *See* 18 U.S.C. § 3142(e)(3)(C). Specifically, in Counts Four and Five of the indictment, Tarrio is charged with destruction of government property with a value of more than $1,000, in violation of 18 U.S.C. § 1361, which is punishable by ten years of imprisonment. An "indictment alone [is] enough to raise the rebuttable presumption that no condition would reasonably assure the safety of the community." *United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996).

This case also involves a serious risk of flight as defined in 18 U.S.C. § 3142(f)(2)(A). The defendant is facing potential conviction on numerous felony offenses that each carry statutory maximum penalties ranging from five to twenty years of incarceration. He is alleged to have organized a conspiracy to corruptly impede the Certification of the Electoral College vote—a process that is foundational to our democracy and to the rule of law—and thus his willingness to comply with conditions of release set by the Court is in doubt.

Finally, this case also involves a risk of tampering with witnesses and evidence. As described above, Tarrio purported to have taken steps to prevent law enforcement from gaining access to encrypted messages on his phone when he was arrested on January 4, and he circulated messages to Proud Boys members that, coming from the national chairman of the organization, would have deterred cooperation with law enforcement. There is a serious risk that Tarrio would seek to tamper with key witnesses or evidence as these are identified for him through the discovery process.

Under any of those three bases, a detention hearing is warranted because Tarrio should be detained pending trial to protect the community, ensure his return to court, and safeguard the integrity of evidence and the proceedings.

**B.** <u>**Analysis**</u>

The Court must consider four factors to determine whether pretrial detention is warranted and necessary: (1) the nature and circumstances of the offense charged, including whether, for example, the offense is a crime of violence; (2) the weight of the evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release. 18 U.S.C. § 3142(g). A judicial officer's finding of dangerousness must be supported by clear and convincing

evidence. 18 U.S.C. § 3142(f); *United States v. Stone*, 608 F.3d 939, 945 (6th Cir. 2010). When "risk of flight" is the basis for detention, however, the government must only satisfy a preponderance of the evidence standard. *United States v. Xulam*, 84 F.3d 441, 442 (D.C. Cir. 1996); *United States v. Chimurenga*, 760 F.2d 400, 405-06 (2d Cir. 1985); *United States v. Fortna*, 769 F.2d 243, 250 (5th Cir. 1985); *United States v. Orta*, 760 F.2d 887, 891 (8th Cir. 1985); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). An analysis of these four factors weighs heavily in favor of Tarrio's detention given the clear and convincing evidence that his release presents a particular danger to the community as well as the preponderance of evidence that he poses a serious risk of flight and of obstructing justice.

### i. Tarrio's Criminal Activities Were Serious

A grand jury has found probable cause to charge Tarrio with leading a conspiracy to corruptly obstruct, influence, and impede the certification of the Electoral College vote on January 6, 2021. The evidence shows that dozens of men in his charge functioned as the tip of the spear for the mob on January 6, including by conducting assaults on law enforcement, leading a charge up the stairs to the Upper West Terrace of the Capitol grounds, occupying the Capitol grounds and building, and causing lawmakers to be evacuated and the proceedings to be suspended. It is difficult to imagine conduct that poses a graver risk to our society than leading a conspiracy targeted at corruptly undermining the laws and procedures at the heart of our democratic process. *See United States v. Munchel*, 991 F.3d 1273, 1283 (D.C. Cir. 2021) ("[T]o order a defendant preventatively detained, a court must identify an articulable threat posed by the defendant to an individual or the community. The threat need not be of physical violence, and may extend to 'non-physical harms such as corrupting a union.'") (citing *United States v. King*, 849 F.2d 485, 487 n.2 (11th Cir. 1988)). As described in greater detail above and in the indictment, Tarrio was a leader

of the conspiracy; he created its leadership structure and organized the MOSD leaders into two Councils; he organized and administered planning meetings and chats on encrypted messaging applications; and he gave instructions to his charges, including continually stressing the top-down nature of MOSD. Following Tarrio's January 4 arrest, the MOSD members did in fact follow the lead of the MOSD leaders on the ground on January 6 and achieved the conspiracy's criminal objective. Because Tarrio was a central leader and coordinator of this conspiracy, this factor points in favor of detention.

### ii.    The Weight of Evidence Against Tarrio is Strong[2]

The weight of the evidence of Tarrio is strong. Tarrio's electronic communications show a leader who dictated a "command and control" structure for the MOSD. That top-down structure continued even after Tarrio's arrest, with Biggs speaking to him about the plan on January 5, and another MOSD leader stating that as soon as Tarrio got a "burner phone" he would take the reins back. Even the MOSD leaders who assumed command on the ground after Tarrio's arrest, Nordean and Biggs, consulted with and deferred to Tarrio. *Id.* at ¶ 65 (Biggs, "I gave Enrique a plan. The one I told the guys and he said he had one.").

Beginning on December 20, 2020, Tarrio engaged in recruitment, planning, and coordination to ensure a formidable presence of Proud Boys members and affiliates in Washington, D.C. Tarrio's planning, leadership, and the hand-selection of MOSD members ensured that those Proud Boys who came to Washington, D.C. on January 6 would follow the MOSD leaders' commands.

The objective, as it developed in the weeks leading up to January 6, focused on the Capitol. On January 3, an MOSD leader stated "the main operating theater should be out in front of the

---

[2] "This factor goes to the weight of the evidence of dangerousness, not the weight of the evidence of the defendant's guilt." *Stone*, 608 F.3d at 948 (citation omitted).

house of representatives. It should be out in front of the Capitol building. That's where the vote is taking place and all of the objections." *Id.* at ¶ 49. Tarrio understood this to be the criminal objective, stating on January 4, "I didn't hear this voice note until now, you want to storm the Capitol." *Id.* at ¶ 50.

Even in Tarrio's absence on January 5, the MOSD leaders consulted with him and sought his approval for the plan for January 6. Under Tarrio's command and control scheme, Nordean and Biggs marched their men into place at a key entrance to the Capitol grounds. The timing of their arrival coincided with anticipated start of the Electoral College certification, scheduled to occur at 1 p.m. Consistent with a plan to have the "main operating theater" in front of the Capitol building, Tarrio's men arrived in front of the Capitol at 12:50 p.m.

MOSD leaders combined with others to tear down a fence within minutes of moving onto Capitol grounds. They then advanced on the Capitol, leading the dozens of Proud Boys they had marched to the Capitol. Nearly one hour later, Nordean, Biggs, Donohoe, and Pezzola joined efforts for a fateful push toward the Capitol, which allowed the crowd to begin to move up the stairs toward the Capitol building itself. Pezzola then used a stolen riot shield to bust open a window of the Capitol, which act unleashed the first wave of rioters into the building. Throughout, MOSD leadership directed and encouraged the actions.

And Tarrio took credit for these actions. After rioters breached the Capitol, Tarrio told a senior group of Proud Boys leaders, "we did this." He then publicly cheered on and encouraged the actions at the Capitol, announcing on social media, "don't fucking leave." Shortly after a 42 second call with Biggs while Biggs was still on Capitol grounds, Tarrio posted again, "1776" and then "Revolutionaries are now at the Rayburn building." The following day, Tarrio sent a message to the members of the MOSD in which he told them, "proud of y'all."

There is overwhelming evidence that Tarrio organized a plot to corruptly obstruct, influence, and impede the certification of the Electoral College vote, an offense that strikes at the heart of our democracy. As District of Columbia Judge Timothy J. Kelly concluded in ordering Tarrio's codefendant Pezzola detained, "the proffered evidence shows that Pezzola came to Washington, D.C. as a key member of a broader conspiracy to effectively steal one of our Nation's crown jewels: the peaceful transfer of power." *United States v. Pezzola*, 531 F. Supp. 3d 139, 149 (D.D.C. 2021) (Kelly, J.). On January 6, still hours before Congress was able to safely resume its constitutionally and statutorily required Certification of the Electoral College Vote, Tarrio posted a message to other Proud Boys leaders that said, "They'll fear us doing it again…" A member of the group asked, "So what do we do now?" Tarrio responded at 4:14 p.m., "Do it again."

Under these circumstances, only pretrial detention can protect the community from the danger Tarrio poses.

### iii. History and Characteristics of Tarrio

Tarrio's criminal history, and his record of non-compliance with Court orders, demonstrate a cavalier attitude toward the law that counsels strongly in favor of pretrial detention.

Tarrio has seven adult arrests that have result in three convictions. On November 10, 2004, Tarrio was sentenced to three years of probation by a Miami, Florida, court, in felony case number 04-016348A, for Dealing in Stolen Property and Grand Theft.

On August 22, 2013, Tarrio was convicted of Conspiracy to Receive or Possess Stolen Goods, in violation of 18 U.S.C. § 371; Possessing, Concealing, Storing, Selling, and Disposing of Stolen Goods, in violation of 18 U.S.C. § 2315; Transporting, Transmitting, and Transferring Stolen Goods in Interstate Commerce, in violation of 18 U.S.C. § 2314; and Misbranding FDCA Devices While Held for Sale after Shipment in Interstate Commerce, in violation of 21 U.S.C. §§

331(k), 352(a), and 333(a)(2). *See United States v. Tarrio*, Case No. 1:12-cr-20947-JAL, ECF 107 (S.D. Fla. 2013). This conviction stemmed from Tarrio's participation in a conspiracy to unlawfully profit by receiving, possessing, and reselling stolen diabetic test strips, manufactured by Abbot Laboratories. *Id.* at ECF 1.

Tarrio entered a plea of guilty and was originally sentenced to 30 months' incarceration, followed by two years of supervised release. *Id.* at ECF 107. The Court calculated a total loss amount of $1,200,000, and on December 13, 2013, Tarrio stipulated and agreed to be jointly and severally liable to pay restitution to Abbott Laboratories. *Id.* at ECF 125. On December 17, 2014, the Court reduced Tarrio's sentence to 16 months of imprisonment after the government filed a motion pursuant to Fed. R. Crim. P. 35. *Id.* at ECF 148. That order did not amend Tarrio's Court-ordered restitution requirement. To date, Tarrio has failed to satisfy this restitution order; he and his coconspirators have remitted only approximately $7,300 (Tarrio's contribution is $1,879), which comprises less than 2% of the total amount ordered by the Court.

Finally, as discussed in detail above, Tarrio was arrested on January 4, 2021, and charged with destruction of property for his burning of the #BLACKLIVESMATTER banner on December 12th, and possession of two large capacity magazines. While under Court supervision in that pending case, Tarrio: (1) on January 5, remained in downtown Washington, D.C., where he met with Elmer Stewart Rhodes III, the founder and leader of the Oath Keepers, in violation of a Court order to leave Washington, D.C.; (2) on January 5, repeatedly reassured others that he had taken all necessary steps to prevent law enforcement from gaining access to encrypted messages on his phone; (3) on January 5-6, exercised command and control over the MOSD, whose leaders on the ground sought Tarrio's approval of the plan for January 6; (4) on January 6, took credit for the MOSD leaders' and members' successful attack on the Capitol, which fulfilled the objective of

the conspiracy he is charged with in this case; and (5) in July 2021, posted a voice message to deter Proud Boys from cooperating with law enforcement.

On July 19, 2021, Tarrio entered a plea of guilty in the District of Columbia to one count of destruction of property and one count of attempted possession of a large-capacity ammunition feeding device, in connection with the December 12 banner burning. On August 23, 2021, Tarrio was sentenced to a prison term of 155 days in prison on these charges. Tarrio reported to the D.C. jail to serve this sentence on September 6, 2021; he was released on January 14, 2022.

### iv. Danger to the Community and Risk of Flight Posed by Tarrio's Release

Finally, Tarrio is a danger to the community. He spearheaded a conspiracy to corruptly obstruct, influence, and delay Congress' Certification of the Electoral College vote. Tarrio created the MOSD, and was instrumental in choosing its leaders and members and imposing a strict top-down command model. On January 6, the MOSD breached the Capitol causing the certification of the Electoral College vote to be immediately halted. Tarrio directed and orchestrated the MOSD's violent acts entirely remotely -- using encrypted media and social media in the weeks leading up to January 6, and on the day itself, to organize, direct, and celebrate the success of a criminal conspiracy to obstruct the Certification of the Electoral College vote. Tarrio took a lead role in orchestrating this plot, which led to multiple assaults on members of law enforcement, a siege on the U.S. Capitol, and a delay in the peaceful transfer of power. "Make no mistake…we did this." Afterwards, Tarrio told other senior Proud Boy leaders that the next step was to "do it again."  The danger posed by this plot shows an extreme disregard for the safety of the community and the laws of the United States.

## IV. __Conclusion__

A grand jury has found probable cause to believe that Tarrio was a lead orchestrator of plot to corruptly obstruct, influence, and impede an official proceeding—specifically, a plot that included an attack on the Capitol while a Joint Session of Congress reviewed the election results. He encouraged the mob to stay in the building and suggested to close confidants that they should do it again. In so doing, Tarrio showed a contempt for the laws and Constitution of this country that make it impossible to trust that he would comply with any conditions fashioned by this Court for his release. Tarrio must be detained pending trial to protect the safety of the community, ensure his return to Court, and safeguard the integrity of evidence and the proceedings.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      _____
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
LUKE M. JONES
VA Bar No. 75053
ERIK M. KENERSON
OH Bar No. 82960
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
Jason.McCullough2@usdoj.gov

# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**     Date: 3/15/22     Time: 10:00 a.m.

Defendant: Enrique Tarrio     J#: 98721-004     Case #: 22-2369-OTAZO-REYES

AUSA: Jason McCullough/Eric Kenerson/Ed Gardea     Attorney: Nayib Hassan/Sabino Jauregui (Temp)

Violation: WARR/DIST OF COLUMBIA – CONSP/OBSTRUCT OFFICIAL PROCEEDING     Surr/Arrest Date:     YOB:

Proceeding: REPORT RE: CNSL/REMOVAL/PTD     CJA Appt:

Bond/PTD Held: ✓ Yes   ○ No     Recommended Bond: PTD

Bond Set at:     Co-signed by:

Language: English

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

**Disposition:**

Brady warning already given

AFPD's ore tenus motion to withdraw is granted

*Pretrial Detention hearing held based on risk/flight & danger/community; S/A Nicholas Hanak, FBI sworn & testified. The Court orders Defendant detained based on danger.*

*Defendant orally waives removal and ordered removed to District of Columbia*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:42:25     Time in Court: 1 hr. 40 mins

s/Lauren F. Louis     Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 22-2369-OTAZO-REYES

United States of America
    Plaintiff,
  v.

                    Charging District's Case No. 21-cr-175 (TJK)

Enrique Tarrio,
    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **The District of Columbia.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☒  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☐  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/15/22

_Colloquy in Court_
Defendant's Signature

_Lauren F. Louis_
Lauren F. Louis
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 22-2369-OTAZO-REYES

UNITED STATES OF AMERICA,

    v.

                       Charging District's Case No. 21-cr-175 (TJK)

Enrique Tarrio,
(USM# 98721-004)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the The District of Columbia.

*Nayib Hassan / Sabino Jauregui*      was     ~~appointed~~/retained    to **represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 3/15/22

_____
Lauren F. Louis
United States Magistrate Judge